```
                          United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                      Case No. 13-15147-aih
Jamise Miller                                               Chapter 7
        Debtor           CERTIFICATE OF NOTICE
District/off: 0647-1          User: pzeho                 Page 1 of 2                 Date Rcvd: May 04, 2016
                              Form ID: 309A               Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2016.
db             +Jamise Miller,    20206 Shakerwood Road,    Beachwood, OH 44122-6677
aty            +Edward A Bailey,    30455 Solon Rd,    Solon, OH 44139-3458
22613070        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
22475414       +Michael Miller,    20206 Shakerwood Road,    Beachwood, OH 44122-6677
22475415       +Purchasing Power,    695 Pyland Street,    Atlanta, GA 30306-3728
22475416       +Regional Finance,    2676 E. Aurora,    Twinsburg, OH 44087-2150
22475417       +United Collection Bureau,    5620 Southwick Blvd Suite 206,    Toledo, OH 43614-1501
22475418       +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
22475419       +Zalic, John,    7515 Pearl Road,    Cleveland, OH 44130-6460
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: BASSASSOC.COM May 04 2016 21:18:00      Patti H. Bass,    3936 E. Ft. Lowell Rd.,    #200,
                 Tucson, AZ 85712-1083
aty             E-mail/Text: bayerlaw17@gmail.com May 04 2016 21:26:54      Paul A. Bayer,    27600 Chagrin Blvd.,
                 Suite 460,    Woodmere Village, OH 44122
tr              EDI: QLAHELBLING.COM May 04 2016 21:18:00      Lauren A. Helbling,    55 Public Square,    #2100,
                 Cleveland, OH 44113-1902
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov May 04 2016 21:27:42       Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
cr             +EDI: BASSASSOC.COM May 04 2016 21:18:00      United Consumer Financial Serv.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Ste #200,    Tucson, AZ 85712-1083
22508264        EDI: PHINAMERI.COM May 04 2016 21:18:00      AmeriCredit Financial Services, Inc.,
                 PO Box 183853,    Arlington, Texas 76096
22533012        EDI: PHINAMERI.COM May 04 2016 21:18:00      Americredit Financial Services, Inc.,
                 PO Box 183853,    Arlington TX 76096
22475409       +EDI: CIAC.COM May 04 2016 21:18:00      Citi Mortgage,    1000 Technology Drive,
                 O Fallon, MO 63368-2240
22475410       +EDI: CMIGROUP.COM May 04 2016 21:18:00      Credit Managment LP,    4200 International Pkw,
                 Carrollton, TX 75007-1912
22475411       +E-mail/Text: electronicbkydocs@nelnet.net May 04 2016 21:28:21       Dept. of Education,
                 121 S. 13th Street,    Lincoln, NE 68508-1904
22475412       +EDI: PHINAMERI.COM May 04 2016 21:18:00      GM Financial,    PO Box 181145,
                 Arlington, TX 76096-1145
22475413       +EDI: IIC9.COM May 04 2016 21:18:00      IC Systems Inc.,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
22713895        EDI: RESURGENT.COM May 04 2016 21:18:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of NCO Portfolio Management,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
22527494       +E-mail/Text: electronicbkydocs@nelnet.net May 04 2016 21:28:21
                 Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
                 3015 South Parker Road Suite 400,    Aurora CO 80014-2904
22559968        EDI: Q3G.COM May 04 2016 21:18:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
22559969        EDI: Q3G.COM May 04 2016 21:18:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
22538588        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 04 2016 21:49:21       Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
22701535       +EDI: BASSASSOC.COM May 04 2016 21:18:00      United Consumer Financial Services,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage, INC.
cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: AMERICREDIT FINANCIAL SERVICES, INC.,    PO BOX 183853,
                  ARLINGTON, TX   76096)
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2016 at the address(es) listed below:

          Craig H. Shopneck    ch13shopneck@ch13cleve.com,   cshopneck13@ecf.epiqsystems.com
          Edward A Bailey    on behalf of Creditor    AMERICREDIT FINANCIAL SERVICES, INC.
           bknotice@reimerlaw.com
          Lauren A. Helbling    lauren@helblinglpa.com,   rrosalin1969@gmail.com;lhelbling@ecf.epiqsystems.com
          Patti H. Bass    on behalf of Creditor    United Consumer Financial Serv. ecf@bass-associates.com
          Paul A. Bayer    on behalf of Debtor Jamise  Miller bayerlaw17@gmail.com,   bayerlaw17@gmail.com
                                                                                               TOTAL: 5

| | | **Information to identify the case:** | | | Social Security number or ITIN | xxx–xx–1491 |
|---|---|---|---|---|---|---|
| Debtor 1 | | **Jamise Miller** | | | | |
| | | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | | Social Security number or ITIN | _ _ _ _ |
| | | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | **Northern District of Ohio** | | | Date case filed in chapter **13** | **7/22/13** |
| Case number: | | 13–15147–aih | | | Date case converted to chapter **7** | **5/3/16** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jamise Miller | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 20206 Shakerwood Road<br>Beachwood, OH 44122 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul A. Bayer<br>27600 Chagrin Blvd.<br>Suite 460<br>Woodmere Village, OH 44122 | Contact phone (216) 591–0560<br>Email: bayerlaw17@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lauren A. Helbling<br>55 Public Square<br>#2100<br>Cleveland, OH 44113–1902 | Contact phone (216) 781–1164<br>Email: lauren@helblinglpa.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | United States Bankruptcy Court <br> Howard M. Metzenbaum U.S. Courthouse <br> 201 Superior Avenue <br> Cleveland, OH 44114–1235 | Hours open 9:00 AM – 4:00 PM <br><br> Contact phone 216–615–4300 <br><br> Date: 5/4/16 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 13, 2016 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** **Valid photo identification required** *** <br> *** **Proof of Social Security Number required** *** | Location: <br><br> **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/12/16** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**